## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Billy Robinson, et al.

                                          Plaintiff,

v.                                                                   Case No.: 1:22−cv−06541
                                                                                 Honorable Lindsay C. Jenkins

Lake Ventures LLC dba Fresh Thyme Market

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 8, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Given the Court's ruling on the motion to dismiss [52], no status report need be filed today (9/8/2023). Instead, the parties need only file a proposed discovery schedule by 9/15/2023. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.