# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Billy Robinson, et al.

                      Plaintiff,

v.                                      Case No.: 1:22−cv−06541
                                                Honorable Lindsay C. Jenkins

Lake Ventures LLC dba Fresh Thyme Market

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties report that they have settled the case and are finalizing the BIPA Class Action settlement agreement. A further status report is due by May 1, 2024 unless a stipulation of dismissal or notice to remand to the to the Circuit Court of DuPage County is filed sooner. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.