# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Billy Robinson, et al.

> Plaintiff,

v.

> Case No.: 1:22−cv−06541
> Honorable Lindsay C. Jenkins

Lake Ventures LLC dba Fresh Thyme Market

> Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2024:

     MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have stipulated to remand this action to the Circuit Court of DuPage County in light of their settlement agreement. The Clerk shall remand this case to the to the Circuit Court of DuPage County, forthwith. Civil case remanded. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.