

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

05/01/2024

Circuit Court of Dupage County

Re:  Robinson et al v. Lake Ventures

USDC Case Number: 22cv6541

Other Court Case Number: 22LA000927

Dear Clerk:

A certified copy of an order entered on 05/01/2024, by the Honorable Judge Lindsey C. Jenkins remanding the above-entitled case back to the **Circuit Court of Dupage County**, is herewith transmitted to you for your files.

                Sincerely,

                Thomas G. Bruton, Clerk

                By: /s/ David Jozwiak
                      Deputy Clerk

Enclosure(s)
cc: Counsel of record

Rev. 10/05/2016